IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-173-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TYREN OMARIOUS HARGROVE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to extend the statute of limitations for filing motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The court lacks jurisdiction to extend the statute of limitations. However, the one year statute of limitations begins to run when defendant's pending appellate proceedings conclude. See 28 U.S.C. § 2255(f)(1); Clay v. United States, 537 U.S. 522 (2003).

SO ORDERED, this the 13th day of July, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge